No. 91–5093.  REED v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5623.  BERINGER v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–5776.  RODRIGO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5810.  WILLIAMS v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–5884.  TOWE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5987.  VINSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6005.  PEREZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6096.  PANTOJA v. CLERK OF COMMON PLEAS COURT.  C. A. 3d Cir.  Certiorari denied.

No. 91–6099.  BURTON, AKA JOHNSON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 91–6100.  DAILEY v. KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–6103.  GIBBS v. HOFBAUER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–6106.  HANSBOROUGH v. INDIANA UNIVERSITY BLOOMINGTON BOARD OF TRUSTEES.  C. A. 7th Cir.  Certiorari denied.

No. 91–6112.  AUGUSTUS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 91–6123.  BREWSTER (JOHNSON) v. BOARD OF REVIEW.  Super. Ct. N. J., App. Div.  Certiorari denied.